# Third District Court of Appeal

## State of Florida

Opinion filed May 11, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1477
Lower Tribunal No. F15-7423
_____

**Blitz Monestine,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed. <u>State v. Gutierrez</u>, 10 So. 3d 158 (Fla. 3d DCA 2009).